

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC,**
Appellant

v.

**COMPASS BANK,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Rebecca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Jason Pulliam, Justice

The Court has considered and denies appellant's motion for en banc reconsideration.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court